Randy TETER, Plaintiff–Appellant

v.

Michael BOWERSOX, Warden;
John Doe, Defendants

Daniel Bettes, CO I; John Christian,
CO I, Defendants–Appellees

Jeff Allen, CO I, Defendant

Billy Lee, CO II, Defendant–Appellee

Sarah Merriett, CO I; Dennis
Sazonov, CO, Defendants

No. 15-3463

United States Court of Appeals,
Eighth Circuit.

Submitted: August 5, 2016

Filed: August 9, 2016

Randy Teter, Jefferson City, MO, pro
se.

Elad J. Gross, Asst. Atty. Gen., St.
Louis, MO (Chris Koster, Atty. Gen., Jefferson City, MO, on the brief), for appellees Daniel Bettes, John Christian, Jeff
Allen, Billy Lee, and Dennis Sazonov.

Before WOLLMAN, ARNOLD, and
MURPHY, Circuit Judges.

1. The Honorable Beth Phillips, United States
District Judge for the Western District of Missouri.

PER CURIAM.

Missouri inmate Randy Teter appeals the district court's[1] denial of his motion for a new trial after the district court entered judgment for defendants following a jury trial. We conclude that the district court did not abuse its discretion in denying the motion. *See* Patterson v. City of Omaha, 779 F.3d 795, 800–01 (8th Cir. 2015) (standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B.